COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Kathryn and Jeff Duke v. American Western Steel

Appellate case number:   01-16-00723-CV

Trial court case number:  88385-CV

Trial court:             149th District Court of Brazoria County

The record was originally due on July 5, 2016. The clerk's record was filed on September 29, 2016. The reporter's record was not filed. On October 17, 2016, the court reporter advised that she had received no payment for filing the reporter's record. On October 18, 2016, the Clerk of this Court issued a notice that if the reporter's record was not requested or if payment arrangements were not made for the filing of the reporter's record, the Court might require appellants to file their brief and the Court would decide the appeal on those issues or points not requiring a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). This notice set a deadline of November 17, 2016 for appellants to submit written evidence from the court reporter that appellants had paid or made arrangements to pay the reporter's fee.

No response to the October 17, 2016 notice was received. On October 27, 2016, appellants tendered their brief. On November 28, 2016, appellee filed a motion for extension of time to file its brief. On December 2, 2016, the court reporter filed a final notice that appellants had not requested or made payment arrangements for the filing of the reporter's record.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record). We order appellant's brief deemed filed on October 27, 2016. We grant appellee's motion and extend the deadline for filing appellee's brief **until December 19, 2016**.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                   ☒ Acting individually

Date: _December 6, 2016